**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN RE:  MICHAEL J. SULLIVAN JUDGE     :   No. 35 EAP 2015
PHILADELPHIA TRAFFIC COURT       :
PHILADELPHIA COUNTY              :
                                     :
                                     :
APPEAL OF:  MICHAEL J. SULLIVAN      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of November, 2015, the Motion to Withdraw the Appeal without Prejudice is **GRANTED**, and the Application to Quash is **DISMISSED AS MOOT**.